## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: B. G., MINOR CHILD.

GINA G.,
                    Appellant,
vs.
WASHOE COUNTY HUMAN SERVICES AGENCY,
                    Respondent.

No. 83380

FILED

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order affirming master's findings and recommendations. Second Judicial District Court, Family Court Division, Washoe County; Paige Dollinger, Judge.

Review of the notice of appeal, docketing statement, and documents before this court reveals a jurisdictional defect. It does not appear that the district court has entered a final judgment appealable under NRAP 3A(b)(1). *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). The order challenged in this appeal determines the temporary custody of the minor children, and that order is subject to periodic mandatory review and modification by the district court. *See* NRS Chapter 432B. Thus, it appears that the district court has not entered a final written judgment. *In re Temp. Custody of Five Minor Children*, 105 Nev. 441, 443, 777 P.2d 901, 902 (1989); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). No statute or court rule authorizes an appeal from an order of the district court affirming a master's

findings and recommendation and determining temporary custody pursuant to NRS Chapter 432B. The right to appeal is statutory, and where no statute or rule authorizes an appeal, no right to appeal exists. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly we lack jurisdiction and

ORDER this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.      _____, J.
Pickering                                       Herndon

cc:    Hon. Paige Dollinger, District Judge, Family Court Division
       Gina G.
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]In light of this decision, this court takes no action in regard to appellant's transcript request form filed on August 30, 2021.